# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

PAMELA EDWARDS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

HORIZON STAFFING, INC.,

    Defendant.

No. 1:13-CV03002-WSD-JCF

**Jury Trial Demanded**

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule 23.1, Plaintiff Pamela Edwards, individually and on behalf of all others similarly situated, moves the Court for an order certifying a class of individuals claiming violations of the Fair Credit Reporting Act ("FCRA") against Defendant Horizon Staffing Solutions, Inc. The Plaintiff moves the court for class certification at this very early juncture in order to comply with the local rule. For the reasons explained in the accompanying memorandum in support of this motion, the Plaintiff respectfully requests entry of an Order CERTIFYING the following CLASS:

> All natural persons residing in the United States (including all territories and other political subdivisions of the United States), (a.) who applied for an employment position with or through Defendant or any of its subsidiaries, (b.) as part of this application process were the subject of a consumer report obtained by Defendant, (c.) where that consumer report contained a criminal public record or credit item that would disqualify the person from such position under Defendant's written hiring policies, (d.) which consumer was not then approved or hired for the position, (e.) and to whom Defendant did not provide a copy of the consumer report and other disclosures stated at 15 U.S.C. § 1681b(b)(3)(A)(ii) at least five business days before the date the employment decision is first noted in Defendant's records.

Dated: December 9, 2013

Respectfully submitted,

  /s/ *Mara McRae*
Mara McRae
**MCRAE BROOKS WARNER LLC**
1175 Peachtree St., N.E.
100 Colony Square, Ste. 2100
Atlanta, GA 30361
Phone: (404) 681-0700
Fax: (404) 681-0780
mmcrae@mbwattorneys.com

*Counsel for Plaintiffs*

**Certification of Compliance with Local Rule 5.1**

I hereby certify that this document complies with the font requirements of Local Rule 5.1.C. because the document has been prepared in Times New Roman, 14-point font.

<u>　　　*/s/ Mara McRae*　　　　　</u><br>
Mara McRae

## Certificate of Service

I hereby certify that on December 9, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

**Kevin D. Holden**
JACKSON LEWIS, LLP
1021 E. Cary St., Ste. 1200
Richmond, Va 23219
804-212-2888
Fax: 804-649-0403
Email: Kevin.Holden@jacksonlewis.com

**Evan M. Rosen**
JACKSON LEWIS, LLP
1155 Peachtree St. NE
Suite 1000
Atlanta GA
804-212-2888
Fax: 804-649-0403
Email: Evan.Rosen@jacksonlewis.com

| */s/ Mara McRae* |
|---|
| Mara McRae |
| **MCRAE BROOKS WARNER LLC** |
| 1175 Peachtree St., N.E. |
| 100 Colony Square, Ste. 2100 |
| Atlanta, GA 30361 |
| Phone: (404) 681-0700 |
| Fax: (404) 681-0780 |
| mmcrae@mbwattorneys.com |
| ***Counsel for Plaintiffs*** |