## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

**PAMELA EDWARDS,**
*for herself and on behalf of*
*all similarly situated individuals,*

**Plaintiff,**

**v.**                          **CASE NO: 1:13CV3002-WSD-JFK**

**HORIZON STAFFING, INC.**

**Defendant.**

## DECLARATION OF MARA MCRAE

1.      My name is Mara McRae. I am over the age of 21 and of sound mind.  I have personal knowledge of the information herein.

2.      I make this declaration under penalties of perjury in support of the Plaintiff's uncontested Motion for Final Approval of Class Action Settlement. (Doc. 22-4.).

3.      I am one of the attorneys representing Pamela Edwards and the class in this action.  I am a principal of the law firm of McRae Brooks Warner LLC in Lawrenceville, GA.  I am a member in good standing of the Georgia Bar (Bar No. 499138).

4.     I received my juris doctorate degree, *magna cum laude*, from the Walter F. George School of Law at Mercer University in 1983.  I then was admitted to the bar and joined the law firm known as Kilpatrick & Cody (now Kilpatrick Townsend & Stockton) in Atlanta, where I practiced business litigation for twenty-six years.  I became a partner in 1991.  From 1983 – 2000, I focused my practice on representation of banks, financial institutions, and corporations in complex business litigation.  My practice focused primarily on breach of contract matters but also included toxic tort, product liability, employment, real estate, and other areas of business law.  I developed expertise in domestic and international arbitration as well as complex federal litigation.

5.     In 1999, I was asked to lead the Kilpatrick team of lawyers representing Equifax Information Services LLC, one of the three national consumer reporting agencies, in the defense of all its consumer litigation across the Untied States and Puerto Rico.  This litigation, including both individual and class actions, was brought primarily under the Federal Fair Credit Reporting Act, but also state and other federal consumer causes of action.

6.     From 1999 through 2006, I supervised the defense of over 2,500 cases brought against Equifax in 87 of the nation's 92 district courts,

in every U.S. Court of Appeal except the Federal Circuit, and in every state except Alaska and North Dakota.  I am admitted to practice in the Fourth, Fifth, Sixth, Seventh, and Eleventh Circuits as well as the U.S. Supreme Court.

7.     I am familiar with rates attorneys charge on both a national basis and local to Atlanta, Georgia.  I am particularly familiar with prevailing rates for attorneys such as Plaintiff's Counsel in this case who are national class action lawyers with a specialty in Fair Credit Reporting Act litigation.

8.     Nationwide, there are only a handful of class action lawyers with a true specialty in Fair Credit Reporting Act litigation.  Consumer Litigation Associates, P.C., is one of those few firms.

9.     My role in this matter has been as local counsel.  I have acted in an ancillary, but important, capacity to revise and edit the complaint and file the action; move to admit Ms. Rotkis and Mr. Bennett pro hac vice; review and edit pleadings and written discovery; advise Ms. Rotkis and Mr. Bennett on the local rules; participate in class action litigation and settlement strategy; and participate in the actual telephonic settlement conference that occurred on January 30, 2014.  In addition, I have particular expertise in

FCRA litigation, and so I have been able to provide extra value to the class over and above the basic duties of local counsel.

10.     Since the filing of the action, I have been willing and able to devote the time and resources necessary to pursue this case through to its resolution.  Because it settled at a relatively early phase, after discovery had been propounded but before answers were due, I did not incur substantial time on the matter.

11.     I have accrued 15.5 hours in the prosecution of this case at $475 per hour.  My lodestar in this case is $7,362.50.  (At the time Plaintiff applied for fees in this case, we neglected to add my lodestar.)  Because the court has requested additional information regarding attorneys fees, I supply this declaration in support of the motion for fees and in support of final approval.

11.     In my opinion, this settlement is an excellent one, and certainly one that is reasonable, adequate and fair as articulated by the Eleventh Circuit.

12.     I have reviewed Consumer Litigation Associates, P.C., hours and rates submitted in support of the application for fees in this case.  I know Mr. Bennett's and Ms. Rotkis's rates, which are consistent with rates approved by this and other courts in similar cases.  *Jackson v. Metscheck*,

Civ. No. 1:11CV2735 (N.D.Ga.)(Thrash, J.); *Teagle v. LexisNexis Screening Solutions*, Civ. No. 1:11CV1280 (N.D. Ga. July 31, 2013)(Story, J.)(Doc. 93); *Hardy v. Hartford*, Civ. No. 07CV024 (D.Az); *In re TransUnion Corp. Privacy Litig.*, MDL No. 1350 (N.D. Ill); *White v. Experian Info. Sols., Inc*, Civ. No. 05CV1073 (D.C.Cal).

13.    Over the hundreds of cases my team and I defended for Equifax, I reviewed many plaintiffs' attorneys' fee petitions and otherwise became familiar with rates charged by FCRA attorneys; class action attorneys; and attorneys with particular subject matter expertise.  The rates charged by Mr. Bennett ($575/hr) and Ms. Rotkis ($425/hr) are commensurate with attorneys of like experience and expertise. In fact, their rates are far lower than rates charged by other counsel with whom I have worked and whom I have opposed. My own rate ($475 per hour) is substantially less than it was five years ago, when I left Kilpatrick.

14.    For instance, this court approved an application for attorneys' fees in *Teagle v. LexisNexis*, where class counsel's rates were $875/hour for Mike Caddell; $675/hour for Cynthia Chapman; and $425/hour for Craig Marchiando.  At the time of the application for fees in the *Teagle* matter, I understand that Mr. Bennett was charging only $475/hour and Ms. Rotkis was charging $375/hour.  At that time, I was also charging $475/hour.

5

15.     Consumer Litigation Associates' current rates reflect a reasonable rate based on its national class action practice and the undisputed expertise of its attorneys, which it brought to bear in this case.

16.     I have known Mr. Bennett and litigated against him and, more recently, as co-counsel with him, for well over ten years.  His expertise in the nuances of the FCRA, his deep knowledge of the often complex industry surrounding credit reporting, and his general class action litigation experience certainly place him in the top handful of FCRA lawyers in the country.  His value to such a case has been recognized by his peers, his clients, district courts in multiple states, and even by the United States Congress.  If anything, relative to other plaintiffs' lawyers in the country, his firm's rates are too low.

I declare under penalty of perjury that the foregoing is true and correct.

This 18th day of July, 2014.


s/_____

Mara McRae