IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMELA EDWARDS, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

No. 1:13-CV03002-WSD-JCF

v.

HORIZON STAFFING, INC.,

    Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARD TO CLASS REPRESENTATIVE, ATTORNEYS' FEES, AND COSTS**

The Plaintiff respectfully moves the Court for a brief extension of time to supplement the record with information in support of her Motion for Final Approval of Class Action Settlement, Service Award to Class Representative, Attorneys' Fees and Costs by 8:00 p.m. on July 18, 2014. The Court directed the Plaintiff to file the supplemental information by 5:00 p.m. on Friday, July 18, 2014. (Doc. 24.) The time to file has not yet expired, and a brief extension of time will

not prejudice either party.  This request is not made for a dilatory purpose, but rather to accommodate unforeseen matters requiring counsel's attention today.

For these reasons, the Plaintiff respectfully requests a brief extension of three hours.

Dated: July 18, 2014

                                          Respectfully submitted,

                                             */s/ Susan M. Rotkis*
Susan M. Rotkis (Va. Bar. 40693)
*pro hac vice*
Leonard A. Bennett (Va. Bar. 37523)
*pro hac vice*
**Consumer Litigation Associates, P.C.**
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
Phone: (804) 930-3660
Fax: (804) 930-3662
srotkis@clalegal.com
lenbennett@clalegal.com

Mara McRae
**MCRAE BROOKS WARNER LLC**
295 South Culver Street, Suite A
Lawrenceville, GA  30046
Phone: (404) 681-0700
Fax: (404) 681-0780
mmcrae@mbwattorneys.com

***Counsel for Plaintiffs***

**Certification of Compliance with Local Rule 5.1**

I hereby certify that this document complies with the font requirements of Local Rule 5.1.C. because the document has been prepared in Times New Roman, 14-point font.

>                                 */s/ Susan M. Rotkis*
>                                 Susan M. Rotkis

## Certificate of Service

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

**Kevin D. Holden**
JACKSON LEWIS, LLP
1021 E. Cary St., Ste. 1200
Richmond, Va 23219
804-212-2888
Fax: 804-649-0403
Email: Kevin.Holden@jacksonlewis.com

**Evan M. Rosen**
JACKSON LEWIS, LLP
1155 Peachtree St. NE
Suite 1000
Atlanta GA
804-212-2888
Fax: 804-649-0403
Email: Evan.Rosen@jacksonlewis.com

|  |
|---|
| */s/ Susan M. Rotkis* |
| Susan M. Rotkis |
| *pro hac vice* |
| **Consumer Litigation Associates, P.C.** |
| 763 J. Clyde Morris Blvd. Suite 1-A |
| Newport News, VA 23601 |
| Phone: (804) 930-3660 |
| Fax: (804) 930-3662 |
| srotkis@clalegal.com |